# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**ESTATE OF KENDAL LEONARD and PATRICIA GERTZ,**
      **Plaintiffs,**

v.                  Case No. 09-C-0699

**RACINE COUNTY, ROBERT D. CARLSON, and ANDREW ELLENBERGER,**
      **Defendants.**

## ORDER

On February 27, 2012, the plaintiffs submitted a motion for costs and attorney's fees pursuant to Federal Rule of Civil Procedure 54(d), Civil Local Rule 54, and 42 U.S.C. § 1988. The defendants have stated that they have no objection to the court's granting that motion. **THEREFORE, IT IS ORDERED** that plaintiffs' motion is **GRANTED**. They shall recover a total of $376,490.02, including $354,167.50 in attorney's fees and taxation of $22,322.52 in costs.

Dated at Milwaukee, Wisconsin, this 28th day of March, 2012.

                 s/_____
                 LYNN ADELMAN
                 District Judge